UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL, | Case No.   1:20-cv-00857-JDP |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT |
| v. | ECF No. 7 |
| H. BAEZA, *et al.*, | FIRST AMENDED COMPLAINT DUE WITHIN 60 DAYS |
| Defendants. | |

Plaintiff seeks to file a first amended complaint and for the court not to screen his original complaint.  ECF No. 7.  For good cause shown, plaintiff's motion is granted.  ECF No. 7. Plaintiff's first amended complaint is due within 60 days of the date of this order.

IT IS SO ORDERED.


Dated:    October 19, 2020    

_____
UNITED STATES MAGISTRATE JUDGE