1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    JOHN EDWARD MITCHELL,                    Case No. 1:20-cv-00857-HBK

10                  Plaintiff,

11          v.                                ORDER DENYING AS MOOT PLAINTIFF'S
                                              MOTION FOR RULING ON TEMPORARY
12   H. BAEZA, et al.,                        RESTRAINING ORDER

13                  Defendants.               (Doc. No. 13)

14

15

16          Pending before the court is plaintiff's motion for a ruling on his motion for temporary

17   restraining order and preliminary injunction, filed January 14, 2021.  (Doc. No. 13).  As the title

18   of the motion states, plaintiff seeks a ruling on his motion filed on November 23, 2020.  The court

19   this same day issued a Findings and Recommendation addressing plaintiff's motion.

20          Accordingly, it is **ORDERED**:

21          Plaintiff's motion for a ruling on his temporary restraining order (Doc. No. 13) be

22   **DENIED** as moot.

23

24   IT IS SO ORDERED.

25

26   Dated:    April 6, 2021

                                              HELENA M. BARCH-KUCHTA
27                                            UNITED STATES MAGISTRATE JUDGE

28