UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>R. DIAZ, et al.,<br><br>Defendants. | No. 1:20-cv-00857-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. No. 16) |

Plaintiff John Edward Mitchell is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 23, 2020, plaintiff moved for a temporary restraining order and preliminary injunction seeking: (1) to be housed solely in prisons contains cameras which "monitor all areas," that offer single cell housing, that lack "Known Security Threat Group inmates," and do not employ any of the defendants or their family members; (2) for correctional officials to rule on his past staff complaints and inmate grievances; (3) to be given his "approved religious diet within 72 hours" of transfer to a new prison; (4) an end to all "excessive" and "unnecessary" force against him; (5) to gain additional access to the law library; (6) for a "confidential" area for attorney/client communications; (7) that his attendance at future mental health therapy sessions be

1

logged; and (8) all other "rights and reliefs the Court deems appropriate." (Doc. No. 11 at 2–3, 43–48.) On April 6, 2021, the assigned magistrate judge issued findings and recommendations, finding that plaintiff had failed to show that he faced immediate and irreparable injury, loss, or damage and, accordingly, recommending that plaintiff's motion for a temporary restraining order and preliminary injunction be denied. (Doc. No. 16 at 4–5.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days. (*Id.* at 5.) To date, plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 6, 2021 (Doc. No. 16) are adopted in full;
2. Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. No. 11) is denied; and
3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 18, 2021**

UNITED STATES DISTRICT JUDGE