UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H. BAEZA, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00857-KES-HBK (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 50) |

The Attorney General's Office waived service of process for Defendants H. Baeza and J. Valencia-Mendoza (Doc. No. 49) and requests additional time to ascertain whether it can represent Defendant A. Parra. (Doc. No. 50). Having read and considered Defendants' motion and the declaration of Defendants' counsel in support, the Court finds good cause to grant an extension of time to file a waiver of service of process for Defendant Parra.

Accordingly, it is **ORDERED**:

The Motion for Extension of Time (Doc. No. 50) is **GRANTED.** The Attorney General's Office shall have until April 5, 2024 to waive service of process on behalf of Defendant Parra.

Dated:　__March 25, 2024__

　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE