UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>H. BAEZA, et al.,<br><br>    Defendants. | No. 1:20-cv-00857-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 68 |

Plaintiff John Edward Mitchell is proceeding pro se in this prisoner action filed pursuant to 42 U.S.C. § 1983. Doc. 30. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Following screening of the second amended complaint, a summons was issued for defendant Vang on February 14, 2024. Docs. 42, 43. On February 21, 2024, the court received information that the California Department of Corrections and Rehabilitations was "unable to identify" defendant Vang to accept service. Doc. 45; *see also* Docs. 47, 56. The assigned magistrate judge issued an order directing plaintiff to show cause why the court should not dismiss defendant Vang for failure to timely serve him, or alternatively, to provide additional information regarding the identity of defendant Vang so that the United States Marshal could effectuate service upon him. Doc. 51. Plaintiff failed to respond to the order. More than 90 days have passed since the court screened the second amended complaint and directed service.

1

*See* Rule 4(m).

On July 1, 2024, the assigned magistrate judge issued findings and recommendations to dismiss defendant Vang due to plaintiff's failure to serve him as required by Federal Rule of Civil Procedure 4(m). Doc. 68. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days of service. *Id.* at 3. Plaintiff has not filed any objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. After carefully reviewing the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on July 1, 2024, Doc. 68, are adopted in full;
2. Defendant Vang is dismissed from this action without prejudice; and
3. The Clerk of the Court is directed to correct the docket to terminate defendant Vang.

IT IS SO ORDERED.

Dated:   August 22, 2024

_____
UNITED STATES DISTRICT JUDGE