1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN EDWARD MITCHELL,                    Case No.  1:20-cv-00857-KES-HBK (PC)

12                   Plaintiff,                ORDER REGARDING PLAINTIFF'S
                                               REQUEST FOR STATUS UPDATE
13           v.
                                               (Doc. No. 89)
14    H. BAEZA, et al.,

15                   Defendants.

16

17          Plaintiff John Mitchell, a state prisoner proceeding pro se, filed a request for a status

18    update.  (Doc. NO. 89).  Plaintiff requests the status of the undersigned's Findings and

19    Recommendations issued on November 18, 2024to which he filed objections.  (Doc. No. 89).

20    A review of the docket reveals that the District Judge has not yet issued a ruling on Plaintiff's

21    objections to the Findings and Recommendations. The matter remains pending, and Plaintiff will

22    be notified in accordance with standard court procedures upon resolution.

23          Accordingly, Plaintiff's request for a status update (Doc. No. 89) is GRANTED to the

24    extent set forth herein.

25    Dated:    April 30, 2025

26                                             HELENA M. BARCH-KUCHTA
                                               UNITED STATES MAGISTRATE JUDGE
27

28